UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRISTAN D. ALLAN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>P. SAHOTA, et. al.,<br><br>　　　　　Defendants. | No. 2:16-cv-00695 AC P<br><br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se with an action pursuant to §1983, has requested that the court assist him in obtaining the employment address of defendant Persona-Nim[1] so that service may be attempted for this defendant. ECF No. 19. Specifically, he requests that the court order the California Department of Corrections and Rehabilitation or the office of the attorney general to provide this information. Id. at 2. Plaintiff represents that he has made numerous specific attempts to obtain the necessary information himself, and the court finds that he has been reasonably diligent in doing so.

Accordingly, the court requests that defendants' counsel, as a courtesy, query the Department of Corrections and Rehabilitation to ascertain the whereabouts of defendant Persona-

---

[1] The court notes that plaintiff has not been consistent in the spelling of this defendant's name. In his complaint he identified the defendant as "Porsona-Nim." ECF No. 1. In his more recent request he states the name as "Persona-Nim." ECF No. 19. The court will use the latter spelling in this order.

Nim.  If this defendant is still employed with the Department of Corrections or Rehabilitation or any other California state agency, counsel shall provide the business address to plaintiff.  If counsel is otherwise informed of the business address of defendant Persona-Nim, counsel shall also provide the address to plaintiff.  In the event that counsel, after conducting a good faith inquiry, cannot ascertain the business address of this defendant, counsel shall so inform the court.  Defendants' counsel shall file and serve the appropriate response within twenty days of the file date of this order.

The court notes that, on July 5, 2017, the court directed plaintiff to provide service information for Persona-Nim within sixty days.  ECF No. 16.  That deadline has recently passed.  In light of the foregoing, plaintiff shall have thirty days from the date of counsel's response to this order to provide the required service information.

SO ORDERED.

DATED: September 7, 2017

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE