IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TRISTAN D. ALLAN,**<br><br>Plaintiff,<br><br>v.<br><br>**P. SAHOTA, et al.,**<br><br>Defendants. | Case No. 2:16-cv-00695 MCE AC P<br><br>**[PROPOSED] ORDER GRANTING UNOPPOSED MOTION TO MODIFY SCHEDULING ORDER** |

On February 28, 2018, Defendants Sahota and Chaiken filed a motion to modify the current scheduling order (ECF No. 39) by extending its discovery and pre-trial motion deadlines by ninety days. The motion was filed in order to allow more time for Plaintiff to amend his complaint as to a fourth potential defendant currently identified only as "Jane Doe." Defense counsel represents that on February 23, 2018, he contacted Plaintiff regarding the extension request and that Plaintiff agreed to the proposed 90-day extension.

Accordingly, good cause appearing, IT IS HEREBY ORDERED:

1. Defendants' unopposed motion to modify the scheduling order (ECF No. 39) is GRANTED;

2. The current discovery deadline date of March 20, 2018 shall be extended by ninety days to July 19, 2018, and

3. The current pre-trial motion deadline date of June 12, 2018 shall be extended by ninety days to September 10, 2018.

All other directives in the court's September 27, 2017 scheduling order (ECF No. 28) and December 14, 2017 order (ECF No. 38) are to remain in full force and effect.

IT IS SO ORDERED.

Dated: March 13, 2018

_____
Allison Claire
United States Magistrate Judge