UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRISTAN D. ALLAN,<br><br>Plaintiff,<br><br>v.<br><br>P. SAHOTA, et al.,<br><br>Defendants. | No. 2:16-cv-0695 MCE AC P<br><br><br><br>ORDER |

Defendants moved for summary judgment on November 9, 2018. See ECF No. 44. Plaintiff has not filed an opposition to the motion, nor has he filed a statement of non-opposition to it.

Local Rule 230(l) provides in part: "Failure of the responding party to file written opposition or to file a statement of no opposition may be deemed a waiver of any opposition to the granting of the motion . . . ." On June 12, 2017, plaintiff was advised of the requirements for filing an opposition to the motion and that failure to oppose such a motion may be deemed a waiver of opposition to the motion. See ECF No. 13 at 3.

Local Rule 110 provides that failure to comply with the Local Rules "may be grounds for imposition of any and all sanctions authorized by statute or Rule or within the inherent power of the Court." In the order issued June 12, 2017, plaintiff was advised that failure to comply with the Local Rules may result in a recommendation that the action be dismissed. See ECF No. 13 at 5.

Good cause appearing, IT IS HEREBY ORDERED that, within thirty days of the date of this order, plaintiff shall file an opposition, if any, to defendants' motion for summary judgment (see ECF No. 44). Failure to file an opposition will be deemed a statement of non-opposition and shall result in a recommendation that this action be dismissed pursuant Federal Rule of Civil Procedure 41(b).

DATED: May 30, 2019

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE