# UNITED STATES DISTRICT COURT

Eastern **District of** California

| | |
|---|---|
| Tristan D. Allan<br><br>      Plaintiff (s),<br><br>    V.<br><br>P. Sahota, et al.,<br><br>      Defendant (s), | **CONSENT ORDER GRANTING<br>SUBSTITUTION OF ATTORNEY**<br><br><br>**CASE NUMBER:** 2:16-cv-00695-AC |

Notice is hereby given that, subject to approval by the court,      P. Sahota, M.D.      substitutes
(Party (s) Name)

     Thomas P. Feher      , State Bar No.    149944    as counsel of record in place
(Name of New Attorney)

place of    Jeremy Duggan, Deputy Attorney General                .
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

     Firm Name:      LeBeau – Thelen, LLP

     Address:      P.O. Box 12092, Bakersfield, CA 93389-2092

     Telephone:      661-325-8962      Facsimile 661-325-1127

     E-Mail (Optional):      tfeher@lebeauthelen.com

I consent to the above substitution.

Date:    2/6/19

                  */s/ P. Sahota*
                  (Signature of Party (s))

I consent to being substituted.

Date:    2/6/19

                  */s/ Jeremy Duggan*
                  (Signature of Former Attorney (s))

I consent to the above substitution.

Date:    2/6/19

                  */s/ Thomas P. Feher*
                  (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:    September 12, 2019

                  United States Magistrate Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**
AC/vis:alla0695.atty.sub.po