UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRISTAN D. ALLAN, | No. 2:16-cv-0695 MCE AC P |
| Plaintiff, | |
| v. | ORDER |
| P. SAHOTA, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 12, 2020, the magistrate judge issued findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. ECF No. 52. Plaintiff has not filed objections to the findings and recommendations.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations issued March 12, 2020 (ECF No. 52), are ADOPTED in full;

1

2. This action is DISMISSED without prejudice for failure to prosecute and for failure to obey a court order, see Fed. R. Civ. P. 41(b) and L.R. 110; and

3. Defendants' motion for summary judgment (ECF No. 44) is DENIED as moot.

IT IS SO ORDERED.

Dated: April 7, 2020

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE